IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JULIE D. DODD, and )
ELSIE FRANCINE ARMSTRONG )
individually, and on Behalf or other )
similarly situate employees, )
)
       Plaintiffs, )
vs. )   Case No.: 3:11-cv-245
)
SWIFT TECHNICAL SERVICES LLC., )   **COLLECTIVE ACTION**
)
       Defendant. )
_____)

**NOTICE OF FILING**
**ATTORNEY'S FEES TIME RECORDS FOR MAY 2011– UNSEALED**

**NOTICE IS HEREBY GIVEN** that Jeremiah J. Talbott, P.A., attorney for Plaintiff, has filed its Attorney's Time Records - for time expended thru MAY 2011. The time records are summarized as follows:

| | |
|---|---|
| **Total Attorney Hours this Filing:** | 7.60 hours |
| **Total Non Attorney Hours** | 0.00 hours |
| **Total Hours this Filing** | 7.60 hours |

**DATED** this 15th day of **June, 2011.**

Submitted by:

/s/ JEREMIAH J. TALBOTT

---

JEREMIAH J. TALBOTT
JEREMIAH J. TALBOTT P.A.
245 E. Intendencia Street
Pensacola, FL 32502
Tel: 850-437-9600/ Fax 437-0906
Florida Bar No.0154784
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to **ALL ATTORNEYS OF RECORD,** via electronic filing this 15th day of **June, 2011.**

/s/ JEREMIAH J. TALBOTT

---

JEREMIAH J. TALBOTT